UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL DALY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET GROUP, INC.<br><br>Defendant. | Case No.: 1:23-cv-02427 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, MICHAEL DALY, and Defendant WHOLE FOODS MARKET GROUP, INC., by and through their undersigned attorneys, hereby stipulate to the dismissal of this matter with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of putative class members pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED,

MICHAEL DALY

By:   /s/ Steven G. Perry
      Attorney for Plaintiff
      Law Offices of Todd M. Friedman, P.C.
      707 Skokie Blvd., Suite 600
      Northbrook, IL 60062
      Ph.: (224) 218-0875
      Steven.perry@toddflaw.com

RESPECTFULLY SUBMITTED,

WHOLE FOODS MARKET GROUP, INC.

By:   /s/ Brian R. Blackman
      Attorney for Defendant
      Blaxter/Blackman LLP
      601 Montgomery St., Ste 1110
      San Francisco, CA 94111
      Ph.: (415) 500-7705
      bblackman@blaxterlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on February 9, 2024, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                            /s/ Steven G. Perry
                                            Attorney for Plaintiff